**SEBYONGA PATIENCE**

**TITA EPSE FODJE**

**BILINGUAL SCHOOL NKENGSA**

**FOUGEROL YAOUNDE CAMEROON,**

TO WHOM IT MAY CONCERN                                                                                    18 FEBRUARY 2021.

**A LETTER OF TESTIMONY ABOUT MY SON FODJE BOBGA DESMOND.**

**SIR,**

I am a teacher by profession in yaounde where I am renting a house. I have never been involved in any legal problem. As a widow I struggled to raise my children as a single parent in the fear of God. I hereby testify that my son Fodje Bobga Desmond has never had any legal problems in Cameroon till he left for Romania for studies.

Fodje Bobga Desmond is a peace advocate. When the Anglophone crises started in 2016 in Cameroon he stood for peace. Unlike his peers who were scared and could not speak out against the Ambaxonian fighters (separatists), Bobga stood up and advocated for peace. Since all peace seekers were and are labeled black legs, I was afraid and begged him to stop. This did not stop him as he continued to do postings and videos on face book and YouTube condemning the action of the Ambazonian fighters and the government military.

In 2019 he told me his friend Hosea forwarded a massage from the Ambazonian fighters which shows that he was amongst the wanted peace seekers. I was so afraid because advocates for peace are caught, beaten and in most cases killed. He also informed me when the fighters called and threatened him several times asking him to join them or send money to support the struggle which he refused.

When he got his visa to Romania, I was happy because to me he will be far away from the Amba fighters and the Cameroon military. He could not use the normal Cameroonian route to travel so he had to escape via Nigeria. He took flight from Nigeria to Cameroon then to Romania because he could not pass through the normal road for fear of been kidnap or arrested.

Thinking it was over, late in 2020 when kids were killed in Kumba, hearing about it in Romania, he joined with other friends and shared message requesting for peace. The message was sent to the Amba boys vowed to follow and track him where ever he will go.

So in December 2020 when I travelled to Bali to check on the family compound that has been abandon since 2018, I was kidnapped by the Amba boys who got me well beaten and abandon me at the road side. The instruction I was given was that I should tell my son stop his peace propaganda it not he will pay dearly for it. Those who rescue me took these pictures here attached. They said if was a warning that the next time, they will kill;. All these were to force him to support the crises.

I write this testimony in tears as a widow hoping that it will serve the purpose for which it is intended.

Yours Faithfully.

## Exhibit B






Exhibit B