# The Horizon

**Gov't Puts Millitary On Red-Alert To Avert Separatists Infiltration** P.3

No.9877  Yaounde  Monday 26, October 2020  Price. 400FCFA

**Anglophone Struggle is real:**

## Young Cameroonian Bobga Fodji Desmond who criticized the Massacre of 12 school children and wounded about 23 in Kumba by Ambazonia Separatists Fighters has been giving life threads



Bobga Fodje Desmond

**Will the Anglophone Crisis Ever Have A Positive Dialogue?** P. 2

**Gov't Steps Up Measures To Drug Abuse Among Youths.** P. 4

**Cameroon Ranked 7th Among Largest Arms Importers In African** P. 9

**44 Years After Unitary State: Anglophones Still In The Wilderness?** P. 8

"Why have we allowed our emotions to take the place of reason? On the morning of October 26, after inhumane incident where school kids were brutally murdered in their classrooms, no one in his right senses will stay and watch such demonism pass by. How did we get here? I have always condemned those who impose school boycott as a strategy. We cannot deprive kids from their rights to education".

Continue P. 6

**17 years Old boy Beheads mother and burn down the body to claim father's property** P. 13

**COVID-19 cases keep increasing in the Capital City** P. 12

**Dangote Cement claims 50 percent of Cameroonian cement market: supplants CIMENCAM** P. 11

**Biya's Francophone Technical Adviser says Anglophone crisis is and opportunity to rebuild the Nation** P. 10

**Exhibit C**



# Eden

## Trending in Fashion
Page 7

### Special Status Bills Received With Mixed Feelings
Page 9

NO 1395   26 October, 2020   Nations finest Newspaper For Sustainable Development   400F CFA

## Cameroonian Diaspora living in Romania Declared WANTED Dead or Alive by Ambazonia Separatists fighters

These individuals have been considered as blacklegs for not supporting the struggle of the so called ambazonia fighters. These Separatists activities in the anglophone regions of North West and South West Regions are putting the country in total instability.

Pro Ambazonia Separatist Fighters have pinpoint over a dozen of black legs. A group of youths led by Bobga Fodje and Gideon Lemnyuy openly condemned the reccent Kumba school Massacre of October 24, 2020.

continued on Page 3

## Anglophone Crisis Rages on

* Families undergoing series of relocation
* Insururity takes over the local communities
* Schools are in doubts to open their door again for fear of the unknown
Page 5

### COVID-19 Emergency Situation
Page 6

### Eneo Donates To Limbe II, Batoke Health Centre
Page 4

### Be Courageous, Psychologically Strong, UB VC Tells Freed Students.
Page 2

### Gov't Budgetary Execution At The End Of June 2020
Page 8

### NGO are offering more jobs to job seekers than any other enterprise
Page 10

EDEN NEWSPAPER   www.edennewspaper.net

**Exhibit C**