IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA,

      Plaintiff,

        vs.

DESMOND FODJE BOBGA,

      Defendant.
_____

    Criminal Action

    No. 20-1365


    Transcript of ZOOM VIDEOCONFERENCE PRELIMINARY EXAMINATION/DETENTION HEARING recorded on Friday, May 21, 2021, in the United States District Court, 700 Grant Street, Pittsburgh, Pennsylvania, before The Hon. Patricia L. Dodge, United States Magistrate Judge


APPEARANCES:

For the Government:      Ira M. Karoll, Esq.
                       United States Attorney's Office
                       700 Grant Street, Ste. 4000
                       Pittsburgh, PA  15219

                       Wei Xiang, Esq.
                       DOJ-Civ
                       450 Fifth Street NW, Ste. 6400
                       Washington, DC  20001

For the Defendant:      Sarah E. Levin, Esq.
                       Federal Public Defender's Office
                       1500 Liberty Center
                       1001 Liberty Avenue
                       Pittsburgh, PA  15222-3714

Court Reporter:         Deborah Rowe, RMR, CRR
                       700 Grant Street, Ste. 5300
                       Pittsburgh, PA  15219
                       (412) 471-2510


Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription

**Exhibit F**

```
 1                    P R O C E E D I N G S
 2                            - - -
 3             (8:49 a.m. Zoom videoconference proceedings:)
 4             DEPUTY CLERK CURTIS:  Good morning, everyone.  My
 5    name's Katie Curtis.  I'm acting as Judge Dodge's courtroom
 6    deputy this morning.  Mr. Bobga, can you hear me?
 7             THE DEFENDANT:  Yes.  I can get you now.  Good
 8    morning.
 9             DEPUTY CLERK CURTIS:  Okay.  Ms. Levin, do you need
10    a few minutes in a breakout room with your client?
11             MS. LEVIN:  A couple minutes would be great.
12             DEPUTY CLERK CURTIS:  Okay.  No problem.
13             (Defendant and defense counsel confer privately in
14    Zoom breakout room.)
15             DEPUTY CLERK CURTIS:  Sarah, do you need me to put
16    you back in the breakout room?
17             MS. LEVIN:  We're almost done.  Thank you.
18             DEPUTY CLERK CURTIS:  That's okay.  No problem.
19             (Defendant and defense counsel confer privately in
20    Zoom breakout room.)
21             DEPUTY CLERK CURTIS:  Does either side expect any
22    more participants or witnesses joining other than what's on
23    the screen?
24             MS. LEVIN:  Somebody from my office may join, but
25    just to observe.  No witnesses.
```

**Exhibit F**

1                  DEPUTY CLERK CURTIS:  Okay.  Thank you.  Mr.

2    Karoll?

3                  MR. KAROLL:  No one else from the Government.

4                  DEPUTY CLERK CURTIS:  That's okay.  I will let

5    Judge Dodge know that we're ready to get started.

6                  (8:59 a.m.; Zoom videoconference proceedings:)

7                  DEPUTY CLERK CURTIS:  The Honorable Patricia L.

8    Dodge, Judge of the United States District Court for the

9    Western District of Pennsylvania presiding.  This Honorable

10   Court is now in session.

11                 THE COURT:  Good morning, everyone.  We're here for

12   proceedings in the matter of the United States versus Desmond

13   Bobga at Docket 20-MJ-1365.  Would counsel identify

14   themselves, please?

15                 MR. KAROLL:  May it please the Court, good morning,

16   Your Honor.  On behalf of the United States Ira, Karoll and

17   Wei Xiang.

18                 MR. XIANG:  Good morning, Your Honor.

19                 MS. LEVIN:  Good morning, Your Honor.  Sarah Levin

20   on behalf of Mr. Bobga.

21                 THE COURT:  Good morning, Ms. Levin.  Ms. Levin,

22   have you had a chance to talk to Mr. Bobga about whether he

23   consents to proceeding here today by video?

24                 MS. LEVIN:  He does consent, Your Honor.

25                 THE COURT:  All right.  Thank you very much.  And I

**Exhibit F**

1   know we were originally scheduled for both the preliminary

2   examination and a detention hearing.  I do have in front of

3   me the waiver of detention hearing that has been signed by

4   Ms. Levin on behalf of Mr. Bobga.  So as I understand it,

5   we're only proceeding here today with the preliminary

6   examination.

7            I also want to note that I have received the

8   Government's exhibits prior to today, so I do have those in

9   front of me.  And with that, Mr. Karoll, are you ready to

10  proceed?

11           MR. KAROLL:  Yes, we are, Your Honor.  Mr. Xiang is

12  going to be doing the examination this morning.

13           THE COURT:  All right.

14           MR. XIANG:  Good morning, Your Honor.

15           THE COURT:  Good morning.  Feel free.

16           MR. XIANG:  Your Honor, before I start, if I may

17  address the exhibits, we have provided the unredacted copies

18  of the exhibits, a number of which are subject to the

19  protective order, as they contain PII for victims or other

20  third parties, and some of it is PII for the Defendant

21  himself.

22           We also have prepared redacted versions of those so

23  that the unredacted versions can be filed under seal, and the

24  redacted versions can be used -- will be on the public

25  record.

**Exhibit F**

```
 1              I don't know if defense counsel -- we provided them

 2    to her two days ago.  I think she looked at them yesterday.

 3    I want to make sure there are no issues, other issues with

 4    the redactions.

 5              MS. LEVIN:  We can -- I appreciate that.  We can

 6    certainly take it up as the exhibits go.  The only thing I

 7    questioned was whether we can possibly redact -- we can do

 8    that later today -- the passport number from Exhibit -- I

 9    think it's 12.

10              MR. XIANG:  Okay.  Your Honor, and since we intend

11    to cover each of these exhibits, given the -- for the sake of

12    timing, I don't know if there's any objection to me moving

13    all of them in at this point, and then we can touch on them

14    as we go.

15              THE COURT:  Ms. Levin, what's your position on

16    moving all of them in?  I realize there might be a redaction

17    issue or two.

18              MS. LEVIN:  Your Honor, I likely will have no

19    objection to any of the exhibits.  And I'd prefer to just

20    listen to the Government's argument first, and they are -- as

21    is customary in these hearings, the Government is free to use

22    all the exhibits, and then we can move for the admission at

23    the end, if they end up not using anything, if that works for

24    the Government.

25              MR. XIANG:  Yes, Your Honor.
```

**Exhibit F**

A. BOLING – DIRECT

1          THE COURT:  Yes.  And that seems to be an

2     appropriate solution, Ms. Levin.  So why don't we proceed

3     that way?  And with that, you may feel free to proceed.

4          MR. XIANG:  Thank you, Judge.  I'll call Special

5     Agent Anna Boling.

6          THE COURT:  All right.  Let's have Agent Boling

7     sworn.

8          (The witness, SPECIAL AGENT ANNA BOLING, was duly

9     sworn.)

10          THE COURT:  You may proceed.

11                    DIRECT EXAMINATION

12     BY MR. XIANG:

13     Q.    Ms. Boling, please state your name for the record.

14     A.    Anna Boling.

15     Q.    Where do you work?

16     A.    I am a Special Agent at the Federal Bureau of

17     Investigation assigned to the Pittsburgh Field Office.

18     Q.    What are your duties as an FBI Special Agent in

19     Pittsburgh?

20     A.    I am investigating cyber crimes.

21     Q.    Can you give a brief description of what that entails?

22     A.    Yes.  So I am currently assigned to a squad that is

23     investigating cyber crimes as well as counter intelligence

24     and national security.

25     Q.    Do you have any specialized training in cyber crimes

**Exhibit F**

A. BOLING - DIRECT

1  with the FBI?

2  A.    Yes.

3  Q.    Such as?

4  A.    I was given training at the basic field training

5  course in becoming a Special Agent where we investigated

6  certain cyber cases as case studies as well as ongoing

7  training at the Pittsburgh field office in my current

8  position on the cyber squad.

9  Q.    With the FBI?

10  A.    Correct.

11  Q.    How long have you been with the FBI?

12  A.    Since January of -- (inaudible).

13        THE COURT:  I'm sorry.  What was the date on that?

14  January of --

15        THE WITNESS:  2020.

16        THE COURT:  Thank you.

17  Q.    What, if anything, did you do for a living before

18  joining the FBI?

19  A.    I worked at Ernst & Young as an auditor for six years.

20  Q.    What did you do?

21  A.    Worked two and a half years where I did financial

22  statement audit, and for three and a half years I did

23  information system auditing.

24  Q.    And what's your educational background?

25  A.    I graduated with a Bachelor's degree in accounting and

**Exhibit F**

A. BOLING – DIRECT

1  a Bachelor's degree in finance.

2    Q.    In 2020, did the FBI Pittsburgh field office cyber

3  squad investigate a website that had the URL

4  www.lovelyhappypuppy.com?

5    A.    Yes.

6    Q.    Were you the case agent or otherwise involved in the

7  investigation at that time?

8    A.    No.

9    Q.    Did you become the case agent at any time?

10    A.    Yes.

11    Q.    When?

12    A.    April of 2021.

13    Q.    What happened to the original case agent?

14    A.    The original case agent was moved to another squad,

15  and he also became the lead of the evidence response team.

16    Q.    After becoming the case agent in this case, did you

17  review any evidence gathered during the investigation?

18    A.    Yes.

19    Q.    Such as?

20    A.    Search warrant returns, subscriber information, 302

21  interviews and victim information.

22    Q.    Did you also review the criminal complaint and the

23  supporting affidavit filed in this case by the previous

24  agent?

25    A.    Yes.

**Exhibit F**

A. BOLING – DIRECT

1    Q.    And do you have a copy of that with you?

2    A.    Yes.  I do.

3    Q.    If at any time in your testimony you need to review

4    that or an exhibit, just identify the document and specify

5    the paragraph number, page number and line number so that

6    folks can follow with you.  Okay?

7    A.    Okay.

8    Q.    So turning to that website, lovelyhappypuppy.com,

9    would you pull up Government Exhibit 7A and 7B?

10   A.    Yes.  Okay.

11   Q.    Do you recognize these two exhibits?

12   A.    Yes.

13   Q.    How do you recognize them?

14   A.    These are screen captures from the case agent at the

15   time of the lovelyhappypuppy.com website.

16   Q.    When were these screen captures taken by the agent at

17   the time?

18   A.    These were taken in May of 2020.

19   Q.    Let's turn first to 7A as in Adam.

20   A.    Yes.

21   Q.    What does this screen shot show?

22   A.    So this shows the URL at the top of the page,

23   www.lovelyhappypuppy.com.  It then says that –– it has a list

24   of available puppies, names, ages, a price, two puppies

25   currently shown on this capture.

**Exhibit F**

A. BOLING – DIRECT

1          MS. LEVIN:  Your Honor, if I may just interrupt

2    briefly, is there a way that the Government attorney can

3    share his screen to show the exhibits?  Because I have a copy

4    of them, but Mr. Bobga doesn't have a copy of them.

5          THE COURT:  Yes.  Can you share your screen so that

6    Mr. Bobga can review these?

7          MR. XIANG:  Mr. Karoll, are you able to do that?

8    Because unfortunately, with technical limitations in my

9    office, I'm actually using an iPad to do this because my

10    desktop cannot –– the video and microphone do not work.  So I

11    unfortunately cannot share.

12          MR. KAROLL:  Your Honor, I'm happy to try, but it

13    says the host has disabled participant screen sharing.

14          THE COURT:  All right.  Well, we'll see at our end

15    if we can adjust that.  Katie ––

16          MS. LEVIN:  And I can put them up on the screen,

17    too, if that's helpful, if you just tell me which ones ––

18          THE COURT:  I certainly want Mr. Bobga to be able

19    to see the exhibits.  So give me a moment.

20          MR. XIANG:  Judge, if I ––

21          THE COURT:  We are looking to see if we can do that

22    at our end.  If not, Ms. Levin, I certainly appreciate your

23    willingness to assist us with this.  I hope we can un–disable

24    what has been disabled.

25          MS. LEVIN:  I think it's just a matter of pressing

**Exhibit F**

A. BOLING – DIRECT

1  the button that says multiple people can share

2  simultaneously, but maybe that's different on your end.

3          THE COURT:  I wish I could tell you I know the

4  answer to that, but Katie is looking at that.

5          DEPUTY CLERK CURTIS:  So we use MacBooks for these

6  proceedings, and I don't have that –– that's a feature that's

7  in our settings.  And I don't believe I can access my

8  settings unless I end this meeting and change it.

9          MS. LEVIN:  I know we've been able to do that

10  through many other proceedings.

11          DEPUTY CLERK CURTIS:  Okay.  I mean if you could

12  direct me where to go, I'd be happy to ––

13          MS. LEVIN:  I wish I could.  All I can say is that,

14  you know, I've done many a detention hearing ––

15          DEPUTY CLERK CURTIS:  Yes.  On my personal account

16  we have it disabled.  So we allow people to join, but I'm

17  using Mackenzie's account, and I think she might have it

18  enabled.

19          THE COURT:  So we have two options.  One, Ms.

20  Levin, you can certainly with my appreciation agree to share

21  these, or we could I suppose end this session, but I think

22  that's logistically a little bit difficult.

23          MS. LEVIN:  I have host disabled on my end, too, so

24  whatever the button is that Mackenzie normally presses I

25  think has to be pressed from the Court's end.  I wonder if we

**Exhibit F**

A. BOLING – DIRECT

1    could just take a very short recess and ––

2            DEPUTY CLERK CURTIS:  It has to be pressed prior to

3    starting the hearing though.

4            MS. LEVIN:  I mean is it possible that we could

5    just all climb back in?  I think Mr. Bobga would be able to

6    do it just by getting a CO to help him.

7            THE COURT:  Katie, can we do that?

8            DEPUTY CLERK CURTIS:  I can end the meeting, and I

9    should be able to resume it.  I'm not sure what will happen

10   with the ACJ connection.

11           THE COURT:  Well, I think that's probably

12   unfortunately though what we're going to have to do because

13   it doesn't sound like anybody can share screen.  And

14   certainly Mr. Bobga has the right to see these exhibits as

15   they're displayed.

16           So why don't we leave the session, and we can

17   always call the ACJ if necessary to resume the link, but ––

18           DEPUTY CLERK CURTIS:  You know what, Your Honor, if

19   you bear with me one moment, I'm going to try to log into her

20   Zoom account on my desktop and see if I can do it that way.

21   I just thought of that.

22           THE COURT:  Okay.  Let's ––

23           MS. LEVIN:  Thank you very much.

24           THE COURT:  Sure.  Of course.  We'll take a few

25   minutes.  Everyone should feel free to take a little bit of a

**Exhibit F**

A. BOLING – DIRECT

1    break while we see what's happening here, and Katie will let

2    us know what it is that we can or cannot do, but we will get

3    this fixed one way or the other.  So thanks to everybody for

4    your patience.

5            MR. XIANG:  Ms. Levin?  If you're sharing, would

6    you share the redacted versions then since we are

7    technically -- I mean otherwise, if we're using the

8    unredacted under the protective order, the PII would then be

9    public.

10           MS. LEVIN:  It's not filed -- so the way that we've

11   done this before when we've had various exhibits under seal

12   is they're not filed until you make them part of the record

13   later and move to admit them.  So just by putting it up on

14   the screen, we're not allowed to record these so that should

15   be okay.  But whatever you want me to put up, I'll put up if

16   I'm going to be your assistant.

17           DEPUTY CLERK CURTIS:  I just enabled it on the

18   desktop, so can you check and see if you're able to screen

19   share now?

20           MS. LEVIN:  Not on my end, I'm sorry.  I don't know

21   if Ira can do it.

22           DEPUTY CLERK CURTIS:  It's still not letting you.

23           MR. KAROLL:  No.  Same here.  And I'm happy to --

24   I'll do the screen sharing so Ms. Levin can listen and --

25           MS. LEVIN:  That probably makes more sense.

**Exhibit F**

A. BOLING – DIRECT

1          THE COURT:  Thank you, Ira.  All right.  We may

2     have to end and resume, Katie.

3          DEPUTY CLERK CURTIS:  Yes.  I think perhaps because

4     I saved it after this meeting was opened, if we end, we

5     should be able to get in in the same link.  If not, I will

6     immediately send out a new link to everybody, and then I will

7     also get Bill Mistick on the line if we have issues with the

8     jail reconnecting.

9          THE COURT:  Okay.  Let's all leave and see about

10    rejoining, and we will get this started and done.  Sorry for

11    the technical issue, but we'll get it fixed.  So see you in a

12    minute.

13         MS. LEVIN:  Thank you.

14         (A recess was taken at 9:16 a.m.)

15         (9:18.; Zoom video proceedings continued.)

16         DEPUTY CLERK CURTIS:  Mr. Karoll, are you able to

17    screen share?

18         MR. KAROLL:  Yes.  I am.

19         DEPUTY CLERK CURTIS:  Okay, Ms. Levin.  So we just

20    tested it, and screen share does work now.  So that fixed it.

21    As soon as Ms. Stockey enters, I will let the Judge know, and

22    we can resume the proceeding.

23         MS. LEVIN:  Thank you very much for redoing it.  I

24    appreciate it.

25         DEPUTY CLERK CURTIS:  No problem.

**Exhibit F**

A. BOLING – DIRECT

1           (9:19 a.m.; Zoom video proceedings continued:)

2           THE COURT:  All right.  Thank you, everyone, for

3    your patience.  It looks like we fixed our glitch.  And I

4    believe that we were talking about Exhibit 7A and 7B.  So I

5    understand, Mr. Karoll, you're in charge of the exhibits.  If

6    you can put up Exhibit 7A, then we can resume with Agent

7    Boling.

8           MR. XIANG:  Can you scroll up a little bit, Ira?

9    Q.   Special Agent Boling?

10   A.   Yes.

11   Q.   Okay.  So now that we have this up, just to recap, up

12   at the top is where you said -- can you see the website

13   address?

14   A.   Yes.

15   Q.   Okay.  And go to 7B as in boy.  Special Agent Boling,

16   what does this exhibit show?

17   A.   This is a printout of the contact page, the Contact Us

18   page from the lovelyhappypuppy.com site.  The way that this

19   form is printed out you can see the URL at the top, and this

20   is captured on May 18 of 2020 at the bottom.  This form would

21   be filled out by --

22          MR. XIANG:  Can you scroll down, Mr. Karoll?

23   Q.   You said at the bottom is the date of this particular

24   printout?

25   A.   Yes.

**Exhibit F**

A. BOLING – DIRECT

1    Q.    Okay.  So can you now scroll –– just go up to the ––

2    scroll up.  Can you describe what you're ––

3    A.    Yes.  This looks like the form that interested parties

4    would input their first name, last name, E-mail, puppy name,

5    location and a short message.

6    Q.    Can we now turn to Exhibits 7C and 7D, C as in

7    Charlie, D as in David?  So for 7C, start with 7C.

8    A.    7C again, this is the same contact form we just looked

9    at in Exhibit 7B printed out on the same date, May 18, 2020,

10   from lovelyhappypuppy.com on the Contact Us page.

11          This form has been filled out for the previous case

12   agent undercover name of William Rustowski with the E-mail

13   rustowski@dr.com, location of Beaver, Pennsylvania, and a

14   short message.

15   Q.    Was this contact form actually submitted through the

16   web site?

17   A.    Yes.

18   Q.    Let's go to 7D.  You said the undercover agent had

19   used an E-mail address of rustowski@dr.com?

20   A.    Yes.

21   Q.    Did the undercover agent –– did the undercover agent

22   receive any response to that submission?

23   A.    Yes.

24   Q.    Is that what's shown here in 7D?

25   A.    Yes.

**Exhibit F**

A. BOLING – DIRECT

1    Q.    Can you describe what is 7D?

2    A.    7D is an E-mail message from

3    lovelyteacupchihuahua1@gmail.com to rustowski@dr.com on the

4    date of May 18, 2020.  It says that they're offering puppies

5    that are nine weeks old.  They have been raised in –– the

6    puppies have been raised in my home, and they are located in

7    Oklahoma City.  They're asking $450 for one puppy, and

8    shipping would cost an additional $150.

9    Q.    Can you go to –– let's scroll down to the bottom of

10   the page –– (inaudible) ––

11        THE COURT:  Can I interrupt you for a moment,

12   agent?  Because –– excuse me.  I'm sorry for the

13   interruption.  But you're breaking up during your questions.

14   And, Ms. Rowe, I anticipate you were not able to record that

15   last question.

16        So I'm going to keep letting you know in the event

17   that we can't hear what you're saying, but I'd like you to

18   repeat your last question, if you would.

19        MR. XIANG:  My apologies, Your Honor.  My last

20   question was –– (inaudible) ––

21        THE COURT:  We're having the same issue.

22   Q.    –– can you scroll down so we can see the date?

23        THE COURT:  I'm sorry.  But we're having the same

24   issue with being able to hear you.  You are fading or

25   breaking up in and out.  So I'm going to ask you to again

**Exhibit F**

A. BOLING – DIRECT

1   repeat the question.  And if we continue to have the issue,

2   we're going to have to address that because I want to be sure

3   everyone can hear exactly what your question is.

4               MR. XIANG:  Yes, Your Honor.  Mr. Karoll, my last

5   question was actually to Mr. Karoll to scroll down so that we

6   can see the date of this printout.  And that has been done.

7   BY MR. XIANG:

8   Q.    Special Agent Boling, did the FBI do any further

9   investigation on the website lovelyhappypuppy.com?

10  A.    Yes.

11  Q.    Did the FBI obtain a search warrant for the content

12  for data hosted with respect to that website?

13  A.    Yes.

14  Q.    When did the FBI get that search warrant?

15  A.    I believe it was August of 2020.

16  Q.    And on whom was the search warrant served, or to whom

17  was it directed?

18  A.    WIX.

19  Q.    Was WIX the third party hosting company for the

20  website lovelyhappypuppy.com?

21  A.    Yes.

22  Q.    Now, can we turn to Government Exhibit 7E as in Eddie.

23  So what we have on the screen, Special Agent Boling, as you

24  can see, is actually 7E-R, the redacted version of 7E.  Do

25  you have the unredacted version of 7E with you?

**Exhibit F**

A. BOLING – DIRECT

1    A.    Yes.  I do.  I have a hard copy.

2    Q.    What is shown in 7E?

3    A.    This is the data as returned by WIX in response to the

4    search warrant specifically related to the form submissions

5    to the website on the Contact Us page.  This is specifically

6    filtered on rows, certain rows, but it is the data that was

7    returned in its exact form from WIX.

8    Q.    You said this was filtered.  So what's shown in 7E

9    here is not the full data, the full content that WIX

10   produced; is that right?

11   A.    That's right.

12   Q.    The content that is shown on here, that is an accurate

13   excerpt of the WIX data?

14   A.    Yes.

15   Q.    So can you explain to us, just walk us through what

16   the columns are and what this exhibit is filtered on?

17   A.    So the columns show the submission time when someone

18   submitted their contact information to the form.  As we saw

19   on the previous exhibits, the first name, last name, E-mail,

20   phone, the short message.  And then there's additional

21   columns of created date, update date, short text field and

22   short text field 2 for the location.

23         And then the specific rows in particular, Row 1398

24   is the undercover submission of the previous case agent under

25   the cover of William Rustowski.  Row 2555 is the submission

**Exhibit F**

A. BOLING – DIRECT

1    for Victim 4.  Rowe 29 --

2    Q.    Let me stop you.  You said Victim 4.  Is that the

3    person -- individual referred to as Victim 4 in the criminal

4    complaint?

5    A.    Yes.

6    Q.    Now, you were getting to the next rows.  Please keep

7    going.

8    A.    Yes.  So Rows 2964 through 2967 correspond to victim

9    6's submission to the Contact Us page.

10          And Row 3047 is the first submission to this form

11   on the date of January 6 under the name of John Morris with

12   the E-mail address of fodjebobga1@gmail.com.

13   Q.    When you say that Row 3047 was the first in time, so

14   there were approximately 3,000-plus other rows in the

15   original data?

16   A.    Yes.

17   Q.    Let's start with Victim 6 or the person who's referred

18   to here as Victim 6.  Did the FBI speak to Victim 6?

19   A.    Yes.

20   Q.    When?

21   A.    Victim 6 was interviewed by the previous case agent on

22   May 29 of 2020.

23   Q.    Can you briefly summarize what Victim 6 told that

24   agent?

25   A.    Victim 6, who is located in Pittsburgh, Pennsylvania,

**Exhibit F**

A. BOLING – DIRECT

1   was searching online for a dog in early January of 2020.  She

2   found a site that was selling puppies for $500.  She had a

3   phone call with the seller that indicated he was in Oklahoma.

4   The Victim 6 opted not to purchase the dog in the end.

5      Q.   Can we turn to Government Exhibit 6A as in Adam?  Do

6   you recognize this exhibit?

7      A.   Yes.

8      Q.   Okay.  What we have on the screen here is 6A–R, the

9   redacted version of 6A.  Do you have the unredacted version

10  of 6A with you?

11     A.   Yes.  I do.

12     Q.   What is depicted in 6A?

13     A.   This is data as returned by Google in response to a

14  search warrant for the Google Voice No. 434–214–8514.

15  This –– what's depicted in this exhibit is filtered

16  specifically on communications between the Google Voice No.

17  8514 and the phone number used by Victim 6.

18     Q.   Is the 8514 the number that's shown in Column A under

19  the heading Google Voice number?

20     A.   Yes.

21     Q.   And Column B was Victim 6's number?

22     A.   Yes.

23     Q.   Can you briefly explain what the Google Voice service

24  is?

25     A.   It's a voice–over–the–Internet service.  So you can

**Exhibit F**

A. BOLING – DIRECT

1  sign up for a phone number tied to your gmail account and

2  communicate with people on Google.

3  Q.    Do these Google Voice messages involve the

4  transmission of writings or signals by means of wire

5  communication?

6  A.    Yes.

7  Q.  Can you ––

8        THE COURT:  Was that a yes?  I'm sorry.  I couldn't

9  hear your answer.

10  A.    Yes.

11       THE COURT:  Thank you.

12  Q.    Can you just explain what the fields in Column C show?

13  A.    So in Column C we see the SMS, underscore, Out, SMS

14  standing for short message service, otherwise known as a text

15  message.  SMS OUT, meaning it is an outbound message from the

16  Google Voice number, and SMS IN meaning it is an inbound

17  message to the Google Voice number.

18  Q.    And are Columns D and F, can you just go over what

19  those mean?

20  A.    Yes.  D is the time and date of the communication in

21  coordinated universal time.  And F is the content of the

22  messages that were exchanged.

23  Q.    Okay.  We're not going to go over every line of these

24  messages.  I'll direct you to a couple of rows.  Can we go to

25  Row 1149?  And what message is here?

**Exhibit F**

A. BOLING – DIRECT

1    A.    This is an outbound message from the Google Voice

2    number 8514 to Victim 6.  It's a message regarding payments

3    in bitcoin.

4    Q.    Row 1156?

5    A.    This is another outbound message from Google Voice

6    number 8514 to Victim 6 stating, "We are local breeders with

7    a passion for teacup chihuahua."

8    Q.    Row 1176?

9    A.    This is another outbound message from Google Voice

10   number 8514 in response to a previous message from Victim 6

11   asking where they're located.  The response is Oklahoma City.

12   Q.    Can you then just summarize from there to the end what

13   the conversation was?

14   A.    Yes.  The conversation was Victim 6 asking to have

15   some sort of legal authority represent the cash transaction

16   for the puppy, essentially not being willing to pay without a

17   lawyer.  And then the last correspondence that Victim 6 sends

18   is regarding cash in order to pick up the puppy.

19   Q.    Your Victim 6 is offering a request to do the

20   transaction by escrow.  What was 8514's response?

21   A.    1179, 8514's response was, "I have never done that

22   before."

23   Q.    And 1190?

24   A.    1190, the outbound message from 8514 said, "That's too

25   much stress and procedure for me.  No worries."

**Exhibit F**

A. BOLING - DIRECT

1    Q.    Did the search warrant data on the 8514 number include

2    messages with other identified victims that are referred to

3    in the criminal complaint?

4    A.    Yes.

5    Q.    Let's turn to -- well, let's pull up Government

6    Exhibits 1A, 2A and 4A.  We'll go to 4A first.  And do you

7    recognize what's in Government Exhibit 4A?

8    A.    Yes.

9    Q.    What is that?

10   A.    Similar data that we just observed in Exhibit 6A, the

11   data returned by Google in response to a search warrant for

12   Google Voice number 8514.  This data here on this exhibit is

13   specifically filtered on communications between 8514 and

14   Victim 4.

15   Q.    Again, we're not going to go over all of the messages.

16   Let's go to Row 4450.

17   A.    This is an inbound message to 8514 from Victim 4

18   stating where Victim 4 is located.

19   Q.    Okay.  In what city and state did Victim 4 say he was

20   located?

21   A.    Dallas, Texas.

22   Q.    Based on the undercover E-mail and what we just went

23   over with Victim 6, where did the 8514 number in

24   lovelyteacupchihuahua1 say they were located?

25   A.    The 8514 number stated they were located in Oklahoma

**Exhibit F**

A. BOLING – DIRECT

1  City.

2  Q.   But as to Victim 4, can you go to Row 1153?  Where

3  does the 8514 number now say he is located?

4  A.   In Row 4453, 8514 sends an outbound message to Victim

5  4 now stating they are located in Richmond, Virginia.

6  Q.   Are you familiar with the distance between Dallas,

7  Texas, and Oklahoma City?

8  A.   Yes.

9  Q.   What's the approximate distance?

10  A.   Roughly three and a half hours.

11  Q.   Driving?

12  A.   Driving.

13  Q.   So that would have been doable for a one-day

14  round-trip pickup?

15  A.   Yes.

16  Q.   Is that doable between Dallas and Richmond?

17  A.   No.

18  Q.   Let's go to Row 4459.  What does it say?

19  A.   This is another outbound message from 8514 stating,

20  "We use the United Pet Safe for our shipping.  We have been

21  using them for the past five years.  They are very effective.

22  The pup flies with a pet nanny who takes care of the pup all

23  through the flight."

24  Q.   Row 4485?

25  A.   This is an outbound message from 8514 stating that the

**Exhibit F**

A. BOLING – DIRECT

1   E-mail for PayPal payment is

2   lovelyteacupchihuahua1@gmail.com.

3       Q.    Is that the E-mail address from which the FBI

4   undercover received his response?

5       A.    Yes.

6       Q.    Row 4546?

7       A.    This is an outbound message from 8514.  They're

8   talking about getting the paperwork ready in two hours for

9   everything to be set, and you will be getting your baby

10  delivered today evening.

11      Q.    Can you scroll down to Row 4593 and the two rows after

12  that?

13      A.    This is -- it starts with an outbound message from

14  8514 stating, "Yes, delivery will be done tomorrow.  I just

15  got that confirmation because delivery can't be done at night

16  and there is no direct flight."

17            The next response saying, "Okay, sounds good.  I

18  get to work from home tomorrow."

19      Q.    And the next row?

20      A.    The next row is an outbound message from 8514 saying,

21  "Sure.  Tomorrow everything will be great."

22      Q.    And what date was this -- these messages you just

23  read?

24      A.    These are on February 27, 2020.

25      Q.    Now let's go to Row 4593.

**Exhibit F**

A. BOLING – DIRECT

1          THE COURT:  Isn't that the one we just reviewed,

2   4593?

3          THE WITNESS:  Yes.

4          MR. XIANG:  Oh, I'm sorry.

5   Q.   Can you scroll to 4693 –– okay.  Let's go to 4805.

6   A.   This is another outbound message from 8514 on

7   February 28, 2020, stating, "Yes, yes, Snow White is

8   presently in –– at transit in Kansas.  So soon she will be

9   leaving for Texas.  You know it was not a direct flight."

10  Q.   So according to this message, 8514 said the dog is

11  already in transit?

12  A.   Yes.

13  Q.   Row 4838?

14  A.   This was an inbound message from Victim 4 to 8514

15  stating, "Yeah, you told me that, but now another $850 for

16  insurance for a dog already in transit."

17  Q.   Was that in response to –– can you summarize the

18  messages before and after that?

19  A.   So prior to that message, there is an exchange

20  regarding an update from the shippers while the puppy was in

21  transit in Kansas that there is insurance needed and is

22  refundable upon delivery of the puppy.

23          Thus, Victim 4 responded with the message I just

24  stated and then sent another message inbound to 8514 saying

25  "So no insurance, no dog?"

**Exhibit F**

A. BOLING – DIRECT

1  Q.   What was 8514's response after that?

2  A.   After that, 8514 responded, "No, this is in line with

3  the pet protection laws you understand and the fee is

4  refundable.  This is to protect you baby against anything

5  like lost, miss-shipment, illness and with the virus in the

6  air.  Measures are being taken so it's nothing to worry too

7  much about."

8  Q.   The next two lines?

9  A.   Another outbound message from 8514.  "The problem is

10  without thus insurance fee, the baby might be quarantined."

11        And then Victim 4 responds to 8514 stating, "This

12  is starting to sound like a scam."

13  Q.   The next two lines?

14  A.   An outbound message from 8514.  "No.  No.  Please.

15  How can you say this?"  And then a message from Victim 4

16  stating, "Why wasn't this disclosed up front?"

17  Q.   Did the FBI speak to Victim 4?

18  A.   Yes.

19  Q.   When?

20  A.   On June 5, 2020.

21  Q.   So approximately three months after these messages

22  were exchanged?

23  A.   Yes.

24  Q.   And according to Victim 4, did he ever see the puppy

25  that he had paid for?

**Exhibit F**

A. BOLING – DIRECT

1   A.   No.

2   Q.   The puppy that was supposedly already in transit?

3   A.   Can you restate that?  You broke up a little bit.

4   Q.   According to Victim 4, did he receive the puppy that

5   supposedly was already in transit?

6   A.   No.

7   Q.   Did he get any refunds for any of the refundable --

8   supposedly refundable fees?

9   A.   No.

10  Q.   Now, let's turn to Government Exhibit 2A.  Is this

11  like what we looked at for Victims 4 and 6, excerpts of the

12  Google Voice data for 8514?

13  A.   Yes.

14  Q.   And who is this filtered on?

15  A.   This is filtered on communications with 8514 and

16  Victim 2.

17  Q.   Let's go to Row 5779.

18  A.   This an inbound message from Victim 2 to 8514 stating,

19  "Is the puppy being shipped tonight?"

20  Q.   The next message?

21  A.   Outbound message from 8514 to Victim 2 saying, "We are

22  confirming everything.  Your puppy will be shipped tomorrow

23  morning 'cause there is no direct flight tonight and also

24  delivery will need to be done in the day 'cause you will be

25  refunded in cash."

**Exhibit F**

A. BOLING – DIRECT

1    Q.    Row 5926?

2    A.    This is an outbound message from 8514 to Victim 2

3    saying that they're "having some problems, and measures are

4    being taken to keep everyone safe due to the coronavirus.  So

5    shipping will be done tomorrow and delivery will be at

6    4:45 p.m."

7    Q.    What date was that sent?

8    A.    That was sent on March 11 of 2020.

9    Q.    Row 5945?

10   A.    This is an outbound message from 8514 to Victim 2.

11   This is a request for Western Union to Romania under the name

12   of Desmond Fodje Bobga in the amount of $950.

13   Q.    Row 5956?

14   A.    This is an outbound message from 8514 to Victim 2

15   giving their date of birth starting with the day, the month

16   and the year.

17   Q.    What was the year?

18   A.    1992.

19   Q.    Row 5983?

20   A.    This is an inbound message from Victim 2 to the 8514

21   number stating, "Okay, I need to know when we are getting

22   this dog.  I can drive to Chicago to go get her."

23   Q.    The next line?

24   A.    The next line is another inbound message from Victim 2

25   to 8514.  "Due to the coronavirus, so shipping will be done

**Exhibit F**

A. BOLING – DIRECT

1    tomorrow, and delivery will be at 4:45 p.m."

2    Q.   Go to Row 6028.

3    A.   This is an outbound message from 8514 to Victim 2

4    stating, "Dear client, please, your pup was registered for

5    home delivery, and you" –– I can't make out what that ––

6    "CANAT and some symbols pick up at transit."

7    Q.   Can you summarize what happened over the next eight

8    rows of messages –– (inaudible) ––

9         THE COURT:  I'm sorry.  You broke up again there.

10   Can you repeat your question?

11   Q.   Can you summarize the conversation in the other

12   messages under that on that page?

13   A.   So in the back and forth communication between Victim

14   2 and the 8514 number, 8514 is asking for additional money

15   for a crate and a vaccine to proceed with the shipment.

16        Victim 2 states they need to send another –– that

17   they're most likely going to need to send another $890 by

18   Western Union and that it seems like every time I give you

19   something, you come back with needing more money, and saying

20   that in all, they should be refunded $1,840 in cash once the

21   pup is delivered to the house.

22   Q.   Can you read Row 6034?

23   A.   6034 is an inbound message from Victim 2 to 8514

24   stating, "So just to be clear I give you another $890 and

25   when you deliver my pup to my house you'll give $1,840 back

**Exhibit F**

A. BOLING – DIRECT

1   in cash?  Is that the correct understanding?"

2   Q.   And the next line?

3   A.   8514 sends an outbound message to Victim 2 stating,

4   "Yes, you will be receiving a refunds of 1840$ back in cash."

5   Q.   Next line?

6   A.   Another outbound message from 8514 to Victim 2 stating

7   "Tomorrow its the payments we waiting for.

8   Q.   Row 6040?

9   A.   An outbound message from 8514 to Victim 2.  This is a

10  Moneygram request to Romania for the name of Desmond Fodje

11  Bobga in the amount of $890.

12  Q.   Can you scroll down to the next page, Row 6053?

13  A.   This is an inbound message from Victim 2 to 8514

14  stating "or Western Union Office."

15  Q.   Go over the last page on these messages in 2A.

16  Special Agent Boling, can you just summarize the message on

17  this page?

18  A.   In summary, more money is being requested, and

19  finally, Victim 2 says, "I will need you to refund my $1,840,

20  which consists of two Western Union payments."

21  Q.   So let's turn to Government Exhibit 2B as in boy.  Do

22  you recognize this document?

23  A.   Yes.

24  Q.   What is it?

25  A.   This is data returned from Western Union for

**Exhibit F**

A. BOLING – DIRECT

1   transactions related to Victim 2.

2   Q.   Can you walk us through what's shown on this page --

3   the first page of 2B?

4   A.   Yes.  The first page, Column A is the U.S. dollars

5   amount sent.  Column B is the transaction number.  Column C

6   is the sender's full name, in this case Victim 2.

7        Column D is just an internal number for Western

8   Union.  Column E is the phone number provided by the sender

9   in this case Victim 2.  Column F is the date of the

10  transmission, and the time sent in Column G.  And then in

11  Column I is the sender's date of birth.

12  Q.   Do the dollar amounts and the send dates match the two

13  transactions we went over in the text messages?

14  A.   Yes.

15  Q.   Go to the next page on 2B.  Is this still information

16  pertaining to the sender?

17  A.   Yes.

18  Q.   Go to the next page, so page 3.  Can you go over

19  what's shown on here?

20  A.   So Column U is the local send currency amount.  Column

21  V is the payee full name provided by the payee.  Column W is

22  a Western Union internal number.

23       Column X is the phone number provided by the payee.

24  Column Y is the date of the transaction payout.  Column Z is

25  the time of the transaction payout.

**Exhibit F**

A. BOLING – DIRECT

1          And Column AA is the second I.D. provided by the

2    payee, and Column AB is the payee date of birth.

3    Q.   The payee, is that the person who's receiving the

4    payment?

5    A.   Yes.

6    Q.   Is the name in Column V for the two transactions and

7    the date of birth in Column AB, do those two match what was

8    in the text messages we just went over?

9    A.   Yes.

10   Q.   Now let's go to -- I don't know if you went over

11   Column AD.

12   A.   AD is the proprietary I.D. number provided by the

13   payee.

14   Q.   Go to the next page, page 4 of this exhibit, Columns

15   AE through AH.  So the first four columns, not counting the

16   row numbers, is that information pertaining to the payee's

17   I.D.?

18   A.   Yes.

19   Q.   And in this instance -- well, I'll let it speak for

20   itself.  So then can we go to the next page.  What's shown on

21   here on page 5?

22   A.   This is the sender's -- where the payment was sent

23   from, the city, the state.

24   Q.   Okay.  The next page, page 6?  What's shown on here?

25   A.   This is the country --  the send agent country in AS

## Exhibit F

A. BOLING – DIRECT

1  and the location where the payment was received.

2    Q.   The next column -- I mean -- sorry.  Next page, page

3  7?  The first two columns, AY and AZ, what do those show?

4    A.   The pay agent -- (inaudible) -- and country.

5    Q.   I don't know if that came through.  Can you repeat

6  that?

7    A.   The pay agent province and pay agent country.

8    Q.   And so here the two transactions -- the two transfers

9  from Victim 2 were both paid out in Cluj, Romania?

10   A.   Yes.

11   Q.   Do Western Union transfers like these involve signals

12 being transmitted by means of wire communication?

13   A.   Yes.

14   Q.   And for these particular two, were these in foreign

15 commerce?

16   A.   Yes.

17   Q.   Between the United States and a foreign nation?

18   A.   Yes.

19   Q.   Did the FBI speak to Victim 2?

20   A.   Yes.

21   Q.   When?

22   A.   On May 7, 2020.

23   Q.   So approximately a month and a half after the text

24 messages and the payments?

25   A.   Yes.

**Exhibit F**

A. BOLING – DIRECT

1    Q.    And according to Victim 2, did she receive the puppy?

2    A.    No.

3    Q.    Did she receive any of the refunds for the $1,840

4    refundable fees?

5    A.    No.

6    Q.    Now let's go to Government Exhibit 1A and 1B.  We'll

7    start with 1A.

8         THE COURT:  Before we go to those exhibits, I just

9    wanted to remind counsel that I have another proceeding at

10   11:00.  So I know we have a lot of exhibits that we're

11   reviewing here today, but if we're not concluded by 11:00, we

12   will have to conclude on another date and time.  So I just

13   wanted to make you aware of that, that we're now within an

14   hour of my next proceeding.

15        MR. XIANG:  Yes, Your Honor.  I will try to speed

16   through 1A.

17        THE COURT:  Feel free to take the time that you

18   need.  If there is a way to expedite some of the testimony,

19   that's fine.  But I want to give everyone, including Ms.

20   Levin, an opportunity to fully examine anything that is

21   necessary here.

22   BY MR. XIANG:

23   Q.    Special Agent Boling, are 1A and 1B the text messages

24   and Western Union records for Victim 1, similar to how we had

25   2A and 2B for Victim 2?

**Exhibit F**

A. BOLING – DIRECT

1    A.    Yes.

2    Q.    So in 1A, let's go to Rows 6113 and 6114.

3    A.    These are two outbound messages from 8514 to Victim 1.

4  They're both Moneygram requests to Romania, first name being

5  Desmond, last name Fodje Bobga, in the amount of $950.

6    Q.    Go down to the middle of that page, page 1 of 1A.

7  Were the Moneygram transfers successful?

8    A.    They were not.  Victim 1 said it was canceled.

9    Q.    And what was 8514's response?

10   A.    8514 responded saying "You can do a Western Union

11  transfer at this address."

12   Q.    And did the 8514 give an address?

13   A.    Yes.

14   Q.    In Monaca, Pennsylvania?

15   A.    Correct.

16   Q.    Let's go to 6244.

17   A.    This is an outbound message from 8514 to Victim 1

18  requesting a Western Union transfer to Romania, first name to

19  Anita Lima, last name Fomba, in the amount of $950.

20   Q.    Let's put a pin on 1A and go to 1B, Row 15.  We're not

21  going to go over all the columns like we did with 2B, but

22  is -- does Row 15, the data for Row 15 in 1B correspond to

23  the payment we just talked about in the message?

24   A.    Yes.

25   Q.    The only thing I want to note, if you go to page 5 of

**Exhibit F**

A. BOLING – DIRECT

1  1B, Row 15, we're sticking with Row 15 right now, Columns AO

2  and AP, is the -- the sending city and state is Rochester,

3  Pennsylvania?

4     A.    Yes.

5     Q.    Now let's go back to 1A, Row 6270.

6     A.    This is an outbound message from 8514 to Victim 1

7  stating, "Yes, everything is going good.  Now we checking on

8  the next available flight."

9     Q.    6291?

10    A.    This is an outbound from 8514 to Victim 1 saying

11  "There is some delays.  There is no direct flight.  And

12  delivery will be done tomorrow morning with your total

13  refunds OK."

14    Q.    6307?

15    A.    This is an outbound message from 8514 to Victim 1

16  saying "We are having a situation at the agency.  You will

17  need to get a crate and vaccine for your puppy."

18    Q.    The next row?

19    A.    An inbound message from Victim 1 to 8514.  "So I have

20  to spend more money before I will be able to get her so

21  wasn't I told about this yesterday."

22         THE COURT:  Counsel, just so you know, you're

23  holding up what seems to be attorney work product, so it can

24  be seen on the screen.  I just want to make you aware of

25  that.

**Exhibit F**

A. BOLING - DIRECT

1           MR. XIANG:  Sorry, Your Honor.  I can't see that

2      myself.  So my apologies.

3           THE COURT:  Understood.  All right.

4      Q.   6368?

5      A.   This is an outbound message from 8514 to Victim 1

6      saying, "Okay.  Everything is good to go."

7      Q.   6 -- (inaudible) -- can you summarize from there down

8      to 6428?

9      A.   So Victim 1 and 8514 exchange messages saying that

10     8514's stating that they assure them and give all the

11     guarantees.  And they'll be getting updates for the puppy on

12     the flight.  And that the puppy took off for Kentucky and is

13     in transit from there to Pennsylvania.

14           And the 8514 says I will let you know once it gets

15     to Pittsburgh airport.  And that they will keep them updated

16     once it is in transit at Kentucky.

17     Q.   6470?

18     A.   Outbound message from 8514.  "Hello.  Your puppy is

19     presently in Kentucky, and there seems to be some delays.

20     The pet and animal controllers are requesting for your USDA

21     permit and E-mail was sent to you and you can check your

22     tracking."

23     Q.   Go to the next page.  So from Row 6476 to Row 6485,

24     just summarize what's exchanged there.

25     A.   They're exchanging messages about a USDA permit.

**Exhibit F**

A. BOLING - DIRECT

1   Victim 1 says, "I have to pay more money and the puppy will

2   be delivered to me?"  And until that's done they won't get

3   her tonight with the refunds.  And the fee for that permit is

4   $1,500 refundable upon delivery.

5       Q.    So according to 8514, this is a puppy that's already

6   in transit, and now they want more money to deliver it?

7       A.    Yes.

8       Q.    6499?

9       A.    Outbound message from 8514, a Western Union request to

10  Romania with the first name of N-g-w-a -- I'm not sure how to

11  pronounce that -- Godwill, last name Neba.

12      Q.    And the amount of --

13      A.    The amount of $1,500.

14      Q.    So in the Western Union records at 1B, is that

15  transfer shown in Row 14?

16      A.    Yes.

17      Q.    Let's go to -- let's keep going, staying on 1A.  6563?

18      A.    This is an outbound message from 8514.  "Your puppy's

19  paperwork has expired and the animal and pet controllers are

20  requesting you update the papers.  If you can do that this

21  morning there is a light to PA that will be arriving at 12

22  noon so you will be able to pick up your puppy at that time."

23      Q.    And how much money are they requesting now, 8514?

24      A.    The fee for the updated papers was an additional

25  $2,000.

**Exhibit F**

A. BOLING - DIRECT

1    Q.    Row 6627?

2    A.    This an outbound message from 8514 stating, "Your pup

3    has taken of and will be landing in Maryland in 30 minutes."

4    Q.    This is referring to the puppy that was supposedly in

5    transit from Kentucky to Pittsburgh is now landing in

6    Maryland?

7    A.    Yes.

8    Q.    6650?

9    A.    An outbound message from 8514, "We have a situation at

10   this last stop your baby needs to get a last protective

11   vaccine with the virus in the air and flights being stopped

12   by the president.  It's disturbing a whole lot of

13   transactions."

14   Q.    When was this message?

15   A.    That was dated March 15 of 2020.

16   Q.    Based on the other messages here and that we've gone

17   over, what was the virus -- what do you see the virus being

18   referred to as referring to?

19   A.    The coronavirus.

20   Q.    To your knowledge, when did any vaccine for the

21   coronavirus become available to human beings?

22   A.    2021 of this year.

23   Q.    According to 8514, they had a virus vaccine for dogs

24   in March of 2020?

25   A.    Yes.

**Exhibit F**

A. BOLING – DIRECT

1    Q.   Row 6753?

2    A.   This an outbound message from 8514 stating, "From all

3    indications if you can get the payments corrected today by

4    7 p.m., you will be getting your baby on a flight that will

5    arrive at 11:54 p.m."

6    Q.   6891?

7    A.   8514 sent an outbound message stating "the infor and

8    the confirmation is still blocked on the basis of the

9    updating of paperwork because there's no way the baby can get

10   on the flight with expired paperworks.  This is cause all the

11   papers were set for delivery on Thursday and with a bonus of

12   Friday and there is no way out.  We need to update the

13   paperwork."

14   Q.   And now 8514 wants more money; is that right?

15   A.   Yes.  The $2,000.

16   Q.   So let's go to Row 6917.

17   A.   Yes.  Outbound from 8514.  It's the $2,000 for how

18   much Victim 1 has to pay this time.

19   Q.   6924?

20   A.   Outbound message from 8514, "But you have the

21   refundable guarantee insurance document which covers you and

22   is signed by an Attorney General, so you will be getting your

23   total refunds."

24   Q.   7066?

25   A.   Outbound message from 8514.  It's a request for

**Exhibit F**

A. BOLING – DIRECT

1    Western Union transfer to Romania.  The first name, Brenda

2    Talie, last name Nasu in the amount of $2,000.

3        Q.   And Exhibit 1B, the Western Union records for Victim

4    1, is that payment shown in Row 9?

5        A.   Yes.

6        Q.   Okay.  Let's go back to 1A, Row 7110 --

7             THE COURT:  What row was that?

8             MR. XIANG:  7110, Your Honor.

9             THE COURT:  Thank you.

10       A.   This is an outbound message from 8514 stating "But the

11   problem we have now is the official transfer of ownership

12   document in your name so you will be able to get your

13   refunds."

14       Q.   Next row?

15       A.   Another outbound message from 8514 stating, "The total

16   fee you have paid already is 7550$.  Your refund document has

17   been set already, but included in the refund is the transfer

18   of ownership fee you have to pay to get it set."

19       Q.   7114?

20       A.   Outbound from 8514.  "Yes, we have that, but you will

21   need to sign this refundable guarantee document and make the

22   payment of $950 so the shippers can proceed immediately."

23       Q.   And the next few rows, does 8514 give instructions on

24   how to send the payment?

25       A.   They state after they make the payment, to sign the

**Exhibit F**

A. BOLING - DIRECT

1  document and send it -- send the document to an E-mail

2  address.

3      Q.    Before that --

4      A.    It looks like --

5      Q.    7124 and 7125.

6      A.    "Use the same information you used earlier, the one

7  saying Brenda."

8      Q.    And Government Exhibit 1B, Row 8, does that payment

9  correspond to what we just went over in the messages, $950 to

10 Brenda?

11     A.    Yes.

12     Q.    Row 7235?

13     A.    This is an outbound message from 8514 stating, "Great.

14 Just to confirm we got your signed documents and everything

15 is good to go."

16     Q.    7238?

17     A.    Outbound from 8514, "Your baby is on the way to PA

18 already.  Once the shippers get to the airport they will give

19 you updates.  Also to confirm when you are available to drive

20 over to your home for the delivery.  So you will be getting

21 your baby today."

22     Q.    According to the next messages, was the dog on its way

23 to Pittsburgh though?

24     A.    The dog was supposedly landing at the Philadelphia

25 International Airport.

**Exhibit F**

A. BOLING - DIRECT

1    Q.    And the next messages on that same page, does 8514 say

2    there are now more problems?

3    A.    Yes.  They said that there were two cases of

4    coronavirus detected upon arrival.  So that's another

5    problem.

6    Q.    And were they requesting more money for the

7    coronavirus?

8    A.    It looks like -- Victim 1 says, "I can't afford to pay

9    the $1500 to speed up the process."

10   Q.    Rows 7280 -- 7280 to 7300, what's going on here?

11   A.    7280, Victim 1 is asking for a flight number that the

12   puppy was on.  8514 says that due to the case of the

13   coronavirus, they can't release that flight information to

14   Victim 1.

15         And Victim 1 just wanted to make sure that the

16   puppy was actually in Philly.  And 8514 is saying that the

17   health officials have to take all measures and are dealing

18   with the situation.

19   Q.    The next two rows?

20   A.    The next two rows is an inbound message from Victim 1

21   saying "I just want to see if my puppy is actually in Philly

22   to make sure because I just do not want to get scammed on."

23         8514 responds back to Victim 1 saying "I am a

24   Christian and I have been working here for more than seven

25   years.  I am a dad of two and I cannot get myself involved in

**Exhibit F**

A. BOLING - DIRECT

1  any scam.  My family is build on the teachings of Jesus

2  Christ and I cannot get myself into something which is not

3  correct."

4  Q.  The next two rows?

5  A.  Two inbound messages from Victim 1 to 8514 saying they

6  have sent a lot of money and now that 8514 is requesting more

7  money.

8  Q.  7408?

9  A.  This is inbound message from Victim 1 to 8514 stating,

10  "To confirm, it's $950, and I will receive my dog in five

11  days.  Correct."

12  Q.  Any response?

13  A.  8514 responds saying "Correct."

14  Q.  Row 7552?

15  A.  Outbound message from 8514 saying "I was able to come

16  up with $900.  So if you can get $600 then we can get this

17  cleared out.  I have tried all my best I can do."

18  Q.  7645?  I'm sorry.  7643?

19  A.  Outbound from 8514, a request for a Western Union

20  transfer to Romania.  The first name of Valery, last name

21  Talla Fosi in the amount of $950.

22  Q.  76 -- in the rows that follow in that page, does

23  Victim 1 say she sent $950 or a different amount?

24  A.  In Row 7656, Victim 1 states, "I just sent $600

25  because that's all I had."

**Exhibit F**

A. BOLING - DIRECT

1    Q.    Does that correspond in Government Exhibit 1B to Row

2    7, the payment?

3    A.    Yes.

4    Q.    So now let's go to 7695.

5    A.    This an outbound message from 8514 saying to Victim 1,

6    "Yes, everything is going great."

7    Q.    7749?

8    A.    An inbound message from Victim 1 to 8514 stating

9    "received an E-mail from them stating that I have to pay $980

10   for them to be able to transfer the funds into my bank

11   account and I told them my account is dried out from all the

12   fees I was paying."

13   Q.    Can you read the messages to the end of that page?

14   A.    Yes.  Another inbound message saying -- Victim 1

15   saying "Now I have to pay $980 before I can get my refunds

16   and I don't have it.  You never told me I would have to do."

17          Followed by two outbound messages from 8514 saying,

18   "Yes, they said they will do the refunds via bank transfer.

19   I think there is always a transfer fee."

20          Inbound from Victim 1 to 8514.  "Yeah.  You never

21   told me and it's $980 and I don't have it so now what do I do

22   and I told them that."

23          And then 8514 responds to Victim 1 saying, "I did

24   not know about that seriously.  I knew it will be refunded to

25   you but for the fees I did not know about it."

**Exhibit F**

A. BOLING – DIRECT

1    Q.    So a $980 fee to get the refunds on the payments he's

2    already made?

3    A.    Right.

4    Q.    And 8514 saying he didn't know, but he had just said

5    he had worked there for seven years about these fees?

6    A.    Yes.

7    Q.    7869?

8    A.    This is an outbound message from 8514 stating, "This

9    is the last fee so you get your refunds.  Okay.  So there

10   will be nothing more you will be paying."

11   Q.    And again, this is about the fees to get the refunds,

12   not about the dog; right?

13   A.    Yes.

14   Q.    But then the next few messages, is Victim 1 able to

15   take delivery of the dog without paying those more fees.

16   Would you go to 7874.

17   A.    Victim is states, "Do I have to pay this fee before my

18   puppy can be delivered?"

19   A.    The response?

20   A.    The response from 8514 stating, "yes, that's one of

21   the important things you also have to know."

22   Q.    8050?

23   A.    This an outbound message from 8514 saying, "Oh, yeah,

24   4 cards of $100 each and 1 card of $80.  That will make $480.

25   Then you send the $500 via Western Union."

**Exhibit F**

A. BOLING – DIRECT

1    Q.    The cards, what was that in reference to?  Wal-Mart

2    gift cards?

3    A.    Yes.  Wal-Mart gift cards.

4    Q.    8086?

5    A.    An outbound message from 8514, a request for a Western

6    Union transfer to Romania to the name of Muma, last name

7    Gideon Afamyi, and the amount of $500.

8    Q.    Is that reflected in Government Exhibit 1B, the

9    Western Union records in Row 4?

10   A.    Yes.

11   Q.    Go back to 1A, Row 8141.

12   A.    This is an outbound message from 8514 saying "On

13   Monday you will be getting the refunds from the insurance

14   department and Wednesday you will be getting your puppy."

15   Q.    Did the FBI speak to Victim 1?

16   A.    Yes.

17   Q.    When?

18   A.    On May 1 of 2020 and additionally on May 6 of 2020.

19   Q.    So at least a month after these messages?

20   A.    Yes.

21   Q.    And according to Victim 1, does she get the puppy that

22   she paid nearly ten grand for?

23   A.    No.

24   Q.    Or get the refunds that were supposedly coming?

25   A.    No.

**Exhibit F**

A. BOLING – DIRECT

1    Q.    Did Google provide subscriber data on the 8514 number?

2    A.    Yes.

3    Q.    Let's go to Government Exhibits 9A and 9B.  Let's go

4    to 9B first.  Up at the top of this page, does it list the

5    Google Voice number, the 8514 number?

6    A.    Yes.  The Voice number 434-214-8514.

7    Q.    And does it list an E-mail address and a Google

8    account I.D. associated with the number?

9    A.    Yes.  The E-mail address above of joebah77@gmail.com.

10   The account I.D. at the last line there of 189075585222.

11   Q.    Now let's go to 9A.  Is this Google subscriber

12   information for that Google account I.D. ending in 5222?

13   A.    Yes.

14   Q.    E-mail joebah77?

15   A.    Yes.

16   Q.    Scroll down.  Under phone numbers, user phone number,

17   the 8514 number?

18   A.    Yes.

19   Q.    Above that where it says account recovery and it says

20   recovery E-mail fodjebobga1@gmail.com, do you see that?

21   A.    Yes.

22   Q.    Do you know in this context what a recovery E-mail is?

23   A.    Yeah.  In this context a recovery E-mail is used as a

24   security notification method.  So a user can input a

25   secondary E-mail as the recovery E-mail when the primary

**Exhibit F**

A. BOLING – DIRECT

1   E-mail has security alerts.  So for unusual log-ins from

2   unusual locations or devices, and to recover an account that

3   is locked out of.

4       Q.    Is fodjebobga1@gmail.com, is that the same E-mail

5   address that we saw in the very beginning in the WIX spread

6   sheet, Row 3047 in Exhibit 7E?

7       A.    Yes.

8       Q.    Now, let's go to Government Exhibit 10A.  Is this

9   Google subscriber data again?

10      A.    Yes.

11      Q.    For what account, E-mail?

12      A.    This is for the Google account I.D. ending in 4932 for

13  the E-mail lovelyteacupchihuahua1@gmail.com.

14      Q.    And this is the E-mail address we saw the undercover

15  get a response from?

16      A.    Yes.

17      Q.    Scroll down to the account recovery.  It also lists

18  recovery E-mail fodjebobga1; is that right?

19      A.    Yes.

20      Q.    Now let's go to Government Exhibit 8B as in boy.  Do

21  these records come from Google as well?

22      A.    Yes.

23      Q.    And what is shown -- what is this particular exhibit?

24      A.    This is accounts linked by cookies for the

25  fodjebobga1@gmail.com provided by Google.

**Exhibit F**

A. BOLING – DIRECT

1    Q.    In your training and experience do you understand what
2    "cookie" means in this context?
3    A.    Yes.
4    Q.    And what is that?
5    A.    Cookies are used for tracking Internet activity.
6    Q.    Can you explain?
7    A.    So the Internet, the web is based on the HTTP
8    protocol.  That protocol is a stateless protocol.  So when
9    you go to a website and you request a page, the web server
10   responds to your request and forgets all about your request.
11          So in order to keep track of those requests in your
12   state for what you're doing, your activity online, cookies
13   are issued from the website to a user's device in order to
14   keep track of that state.
15          So if you add something to your shopping cart and
16   you go to a new page, the item you added to your shopping
17   cart is still there.
18   Q.    And what does "cookie link" mean or "cookie linked
19   accounts" mean in this context?
20   A.    So cookies are issued to devices accessing the
21   resource or the website.  So visiting a website multiple
22   times with different user accounts shares that same cookie
23   used on the device.  So in this exhibit, the list of cookie
24   linked accounts for Fodje Bobga means that each of these
25   accounts were logged in during the same session at

**Exhibit F**

A. BOLING – DIRECT

1    fodjebobga1 at some point in time.

2    Q.    So now let's go to Exhibit 8A –– I'm sorry.  Before we

3    go off 8B, in this list of cookie linked accounts for

4    fodjebobga1, does it include joebah77?

5    A.    Yes.

6    Q.    Does it include lovelyteacupchihuahua1?

7    A.    Yes.

8    Q.    And does it also include second from the bottom a

9    account unitedpetsafe2009@gmail.com?

10    A.    Yes.

11    Q.    And we'll get to that later, but turn to 8A for now.

12    Is this the Google subscriber information for fodjebobga1

13    @gmail.com?

14    A.    Yes.

15    Q.    Can you scroll down to the bottom of the first page

16    and into the second page?  Does this list IP activity for

17    fodjebobga1@gmail.com?

18    A.    Yes.

19    Q.    Can you explain what that means, the IP activity and

20    IP address?

21    A.    Yes.  So the activity type, meaning login or logout.

22    An IP address is used to identify computers on the Internet

23    so that traffic is directed from the source to a destination.

24    It consists of four numbers separated by three periods.

25    Q.    Did the Google subscriber information for joebah77 and

**Exhibit F**

A. BOLING – DIRECT

1  lovelyteacupchihuahua1 that we had gone over, did those also

2  include IP activity for those accounts?

3  A.   Yes.

4  Q.   Was there any overlap in IP activity between those two

5  accounts and fodjebobga1?

6  A.   Yes.

7  Q.   For example, can we go down in 8A to page 12?

8  Specifically, the rows 2020-01-10 9:45:01UTC -- two rows --

9  yes, two rows.  What was happening here, Special Agent

10  Boling?

11  A.   It appears that there's a logout at the IP address of

12  46.97.169.144 and then a login at the same IP address related

13  to this account.

14  Q.   Can you go to 9A, page 3?  So 9A was for joebah77;

15  correct?

16  A.   Yes.

17  Q.   Page 3, do we have a login into joebah77 at the same

18  time from the same IP address that we just talked about?

19  A.   Yes.

20  Q.   Go to Exhibit 10A.  For lovelyteacupchihuahua1, go to

21  page 2, and do we have the same login date, time and IP

22  address here?

23  A.   Yes.

24  Q.   Between the links in the recovery E-mails, cookie

25  links and the IP overlap, do you have any opinion regarding

**Exhibit F**

A. BOLING – DIRECT

1    the user of joebah77, lovelyteacupchihuahua1 and fodjebobga1?

2    A.    All three accounts are controlled and operated by the

3    same person.

4    Q.    Now let's talk about identifying that person.  Go to

5    Government Exhibit 7C as in Charlie.  I'm sorry.  8C.  Do you

6    recognize what this is?

7    A.    Yes.  This is an E-mail from a search warrant of the

8    fodjebobga1@gmail.com.

9    Q.    This was an E-mail in the account recovered with the

10   search warrant?

11   A.    Yes.

12   Q.    When was this E-mail sent?

13   A.    It was sent on October 2 of 2019 at 2:57 a.m.

14   Q.    It was sent to a Yahoo E-mail address; is that right?

15   A.    Yes.

16   Q.    And what's the subject line of this E-mail from

17   fodjebobga1?

18   A.    The subject line is docs for Fodje Bobga Desmond.

19   Q.    Does this E-mail contain a number of attachments?

20   A.    Yes.

21   Q.    Are the top four attachments passport size, picture

22   dot PDF, passport dot PDF, letter of acceptance dot PDF and

23   confirmation of fees paid dot PDF, are those four marked as

24   the Exhibits 8D as in David, Eddie, Frank and George, in that

25   order?

**Exhibit F**

A. BOLING - DIRECT

1    A.    Yes.

2    Q.    So let's go to each of them.  Start with 8D.  Is this

3  a photograph of an individual?

4    A.    Yes.

5    Q.    Go to 8E.  And what is this?

6    A.    This is the passport for that individual.

7    Q.    And what is -- what's shown on here?  A Cameroonian

8  passport?

9    A.    Yes.

10    Q.    For Desmond Fodje Bobga?

11    A.    Yes.

12    Q.    The date of birth on that, does that match the 1992

13  birth date that we saw in the messages?

14    A.    Yes.

15    Q.    And in the Western Union payee information?

16    A.    Yes.

17    Q.    Next, 8F? what was this?

18    A.    8F is a letter of acceptance from Babes-Borlya

19  University of Cluj.

20    Q.    In Romania?

21    A.    Yes.

22    Q.    And the letter is directed to whom?  I'm sorry.  The

23  letter concerns whom?

24    A.    Fodje Bobga Desmond from Cameroon.

25    Q.    Birthdate, same birthdate in 1992?

**Exhibit F**

A. BOLING - DIRECT

1    A.    Yes.

2          MR. XIANG:  Let's scroll down so we can see the

3    rest.

4    Q.    Now let's go to 8G.  What was this?

5    A.    This is the confirmation of fees paid.

6    Q.    By Fodje Bobga Desmond from Cameroon?

7    A.    Yes.

8    Q.    And does it say when enrollment needs to be done by?

9    A.    The 17th of January, 2020.

10   Q.    You have previously said that based on the recovery

11   E-mail, cookie links and IP address overlap, it is your

12   opinion that joebah77, which had the 8514 Google Voice

13   number, the lovelyteacupchihuahua1 account and the

14   fodjebobga1 account were controlled by the same user.  Do you

15   have any opinion as to who that user was?

16   A.    Yes.  That user is Desmond Fodje Bobga.

17   Q.    And is the Desmond Fodje Bobga who's listed in the

18   passport in these identity documents the subject of this

19   criminal complaint in this case?

20   A.    Yes.

21         MR. XIANG:  Let's go to Government Exhibit 12A, B

22   and C.  First off, Mr. Karoll, if you could just display this

23   and then switch to 12B.  And now switch to 12C.  Okay.  Go

24   back to 12B.

25   Q.    Special Agent Boling, what are these three documents?

**Exhibit F**

A. BOLING - DIRECT

1    A.    These are the identifying documents that were present

2    on Desmond Fodje Bobga at the time the U.S. Marshal Services

3    transported him.

4    Q.    And does the information shown in these identity

5    documents according to the passport, the Cameroonian

6    passport, does that match with the information that we just

7    went over from the fodjebobga1 E-mail address -- E-mail

8    account?

9    A.    Yes.

10        MS. LEVIN:    Objection, Your Honor.    I just think

11   the question is a little unclear.

12        THE COURT:    Rephrase the question.

13   Q.    Let's start with the Cameroonian passport for Fodje

14   Bobga -- Desmond Fodje Bobga.    Is what's shown in 12B the

15   same as what we just went over in 8E?

16   A.    Yes.

17   Q.    So is the extradited Defendant in this case the

18   Desmond Fodje Bobga who is the subject of the criminal

19   complaint?

20   A.    Yes.

21   Q.    Just briefly touch on Government Exhibit 8I and -- 8H

22   as in Harry and 8I as in Ira.    Let start with 8H.    Do you

23   recognize this document, this exhibit?

24   A.    Yes.

25   Q.    Where did this come from?

**Exhibit F**

A. BOLING – DIRECT

1    A.    I believe this came from the search warrant served on

2    the fodjebobga1@gmail.com account.

3    Q.    And where with respect to that account was this

4    document recovered?

5    A.    I don't recall.

6    Q.    Okay.  Let's go to 8I.  Do you recognize this

7    document?

8    A.    Yes.

9    Q.    What is this?

10    A.    This is an E-mail from fodjebobga1@gmail.com to a

11    Yahoo address.

12    Q.    And what date –– what's the date of this E-mail?

13    A.    It is dated March 11, 2020.

14    Q.    Was this seized from the search warrant executed on

15    the fodjebobga1 account?

16    A.    Yes.

17    Q.    In the listed names and E-mail addresses, do you

18    recognize any of them other than Fodje Bobga?

19    A.    Yes.

20    Q.    How do you recognize –– how many others do you

21    recognize?

22    A.    Two.

23    Q.    Which one?

24    A.    The Tosam and the Talla Fosi Valery.

25    Q.    And how do you recognize these names?

**Exhibit F**

A. BOLING - DIRECT

 1    A.    These are two names that Victim 1 was directed to send

 2   Moneygram -- money to.

 3    Q.    Now let's go to Government Exhibit 8B as in boy --

 4          THE COURT:  I'm sorry.  I'm going to have to stop

 5   you there.  As I mentioned before, I have another proceeding

 6   in seven minutes.  And unless this is your last exhibit and

 7   you're wrapping up, I'm going to have to do a hard stop here

 8   to this proceeding and continue it to another date and time

 9   once we have consulted with counsel to see their

10   availability.

11          MR. XIANG:  No, Judge.  This is actually the start

12   of the last segment, but --

13          THE COURT:  Well, I know, but --

14          MR. XIANG:  -- it is a good point, right.

15          THE COURT:  I need to be able to conclude this and

16   get the documents for the next proceeding.  Can you give me

17   an estimate of how much time you are still going to require

18   when we reconvene?

19          MR. XIANG:  About 30 minutes.

20          THE COURT:  Does that include your argument?

21          MR. XIANG:  No, Your Honor.  I think --

22          THE COURT:  How much total time are you estimating

23   that you will still require when we reconvene?

24          MR. XIANG:  Thirty minutes for testimony and no

25   more than ten minutes for argument.

**Exhibit F**

A. BOLING – DIRECT

1          THE COURT:  Okay.  Thank you.  And Ms. Levin,

2   understanding that I'm not going to hold you specifically to

3   this, do you have an overall sense of how much time you will

4   need?

5          MS. LEVIN:  Your Honor, I've learned I'm a chronic

6   underestimator of how much time I need --

7          THE COURT:  Everyone is.  That's okay.

8          MS. LEVIN:  Let's say one hour combined cross plus

9   argument.

10          THE COURT:  Okay.  Thank you.  All right.  Then

11   we're going to continue this proceeding.  We will be in touch

12   about some potential dates and times for that as soon as I

13   take a look at my schedule, and we'll let everybody know

14   about what those are, and then once we do that, we'll get

15   something else scheduled.

16          I appreciate everyone's time today.  So that

17   concludes our proceeding for now.

18          MR. XIANG:  Thank you, Your Honor.

19          (Proceedings were adjourned at 10:55 a.m.)

20                         - - -

21               C E R T I F I C A T E

22

23          I, Deborah Rowe, certify that the foregoing is
    a correct transcript from the record of proceedings in the
    above-titled matter.

24
    S/Deborah Rowe  _____
25   Certified Realtime Reporter

**Exhibit F**