**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**JOSEPH F. WEIS, JR. U.S. COURTHOUSE**
**700 GRANT STREET**
**PITTSBURGH, PA 15219**
WWW.PAWD.USCOURTS.GOV

BRANDY S. LONCHENA
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

September 12, 2023

Clerk of Court
U.S. District Court
District of Maryland

Re:   USA v. Desmond Fodje Bobga
      USDC Criminal Case No. 2:21-CR-430
      District of MD Case No: 8:23-CR-320

Dear Sir or Madam:

The following certified copies of documents in the above matter are being forwarded to your office pursuant to an executed Probation Form No. 22, authorizing transfer of jurisdiction of this probationer to your District.

- Docket Sheet
- Judgment
- Superseding Indictment

Please acknowledge receipt of these documents on the enclosed copy of this letter and return it to this office.

Very truly yours,

BRANDY S. LONCHENA
CLERK OF COURT

By:   s/ Deborah M. Hamilton
      Deborah M. Hamilton, Deputy Clerk

Enclosures

RECEIVED: /s/ K. Nader